# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO THE      :   No. 681

                                            :

CONTINUING LEGAL EDUCATION   :   SUPREME COURT RULES DOCKET

                                            :

BOARD                                                 :

## O R D E R

**PER CURIAM:**

AND NOW, this 23rd day of November, 2015, Daniel J. Rovner, Esquire, Chester County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years commencing December 31, 2015.